UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| PATRICIA A. WOOSLEY, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No.: | 3:08-CV-107 |
| | ) | | (VARLAN/GUYTON) |
| MICHAEL J. ASTRUE, | ) | | |
| Commissioner of Social Security, | ) | | |
| | ) | | |
| Defendant. | ) | | |

**ORDER**

This Social Security appeal is before the Court on the Report and Recommendation filed by United States Magistrate Judge H. Bruce Guyton on February 5, 2009 [Doc. 15]. There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Magistrate Judge Guyton found, *inter alia*, that the Administrative Law Judge ("ALJ") properly reviewed and weighed the evidence to determine that plaintiff is capable of performing light work that allows her to avoid unprotected heights, moving and dangerous machinery, and more than occasional climbing and that substantial evidence supports the ALJ's findings and conclusions. Accordingly, Magistrate Judge Guyton recommended that plaintiff's Motion for Summary Judgment [Doc. 11] be denied and that defendant Commissioner's Motion for Summary Judgment [Doc. 13] be granted.

The Court has carefully reviewed this matter, including the underlying pleadings [Docs. 11, 12, 13, 14]. The Court is in agreement with Magistrate Judge Guyton's recommendation, which the Court adopts and incorporates into its ruling. Plaintiff's Motion for Summary Judgment [Doc. 11] is **DENIED** and defendant's Motion for Summary Judgment [Doc. 13] is **GRANTED**. The Court **ACCEPTS IN WHOLE** the Report and Recommendation [Doc. 15]; defendant Commissioner's decision in this case denying plaintiff's application for disability insurance benefits is **AFFIRMED**; and this case is **DISMISSED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE